**No. 68729.**—Hybern, Inc., dba The Akron *v.* United States, protest 62/19816 (Los Angeles).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that 1,095 pieces were missing at the time of importation and that the actual number of pieces entered in case No. 3 were those shown on the invoice in red ink by the examiner, the claim of the plaintiff was sustained. The collector was directed to reliquidate the entry and refund all duty assessed upon said 1,095 pieces of flatware.